■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MATHISON, Appellant. [836 NYS2d 882]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Brennan, J.), rendered September 9, 2003, convicting him of assault in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Resolution of issues of credibility is primarily a matter to be determined by the jury, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero*, 7 NY3d 633, 644-645 [2006]; *People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero, supra*).

The defendant's remaining contentions either are without merit or do not require reversal. Rivera, J.P., Spolzino, Florio and Angiolillo, JJ., concur.